UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:24-cv-00605-ART-CLB<br><br>ORDER |

　　　In this habeas corpus action, the Court has ordered the *pro se* petitioner, Matthew Travis Houston, to show cause why the case should not be dismissed as wholly unexhausted in state court. (ECF No. 4.) The Court granted Houston ninety days, until April 28, 2025, to respond. (*Id.*) On April 10, 2025, Houston filed a motion for extension of time; Houston does not specify how much additional time he needs. (ECF No. 11.) Determining that there is good cause for an extension of time, the Court will grant the motion for extension of time and extend the time for Houston to respond to the order to show cause by thirty days, to and including May 28, 2025.

　　　Houston's April 10 filing also includes an application to proceed *in forma pauperis*. (ECF No. 11.) That application will be denied, as moot, as Houston has already been granted *in forma pauperis* status. (*See* ECF No. 4.)

　　　The Court observes that Houston has been transferred and is now incarcerated at Nevada's High Desert State Prison. The Court will direct the Clerk's Office to update the docket to reflect that change.

　　　It is therefore ordered that Petitioner's Motion for Extension of Time to File Response to Order to Show Cause (ECF No. 11) is granted. Petitioner will have until and including May 28, 2025, to respond to the order to show cause.

1

1    It is further ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 11) is denied as moot.

The Clerk of the Court is directed to:

- update the docket to reflect that Petitioner is now incarcerated at High Desert State Prison;
- update the docket to reflect that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for Terry Royal as the respondent warden.

DATED THIS 14th day of April, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2