UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW TRAVIS HOUSTON,

Petitioner,

v.

JEREMY BEAN, *et al.*,

Respondents.

Case No. 3:24-cv-00605-ART-CLB

ORDER

In this habeas corpus action, on January 28, 2025, the Court ordered the *pro se* petitioner, Matthew Travis Houston, to show cause why the case should not be dismissed as wholly unexhausted in state court. (ECF No. 4.) The Court granted Houston 90 days—to April 28, 2025—to respond. (*Id.*) On April 10, 2025, Houston filed a motion for extension of time and application to proceed *in forma pauperis*. (ECF No. 11.) The Court granted the motion for extension of time and extended the time for Houston's response to the order to show cause by 30 days, to May 28, 2025. (ECF No. 15.) The Court denied the application to proceed *in forma pauperis* because Houston had already been granted leave to proceed *in forma pauperis*. (*Id.*)

On May 13, 2025, Houston filed an identical copy of the same motion for extension of time and application to proceed *in forma pauperis* that he filed on April 10. (ECF No. 21 (*compare* ECF No. 11).) The Court will deny the motion and *in forma pauperis* application Houston filed on May 13, as it is a duplicate of the April 10 motion and application, which has already been resolved; it is moot.

Moreover, the Court will not extend any further the time for Houston's response to the order to show cause. Houston has had over three months to respond, and in that time has in fact filed nine documents that might be considered responses (ECF Nos. 7/8 (identical), 9, 10, 16, 17, 18/20 (identical)

1    and 19)—and which will be considered as such—three of which are actually titled

2    either as a response to the order to show cause or a supplement to a response

3    (ECF Nos. 9, 17, 19). Houston has had ample time to respond to the order to show

4    cause and has in fact repeatedly done so. Any further response or supplement to

5    a response must be filed by May 28, 2025.

6         It is therefore ordered that Petitioner's Motion for Extension of Time to File

7    Response to Order to Show Cause and Application to Proceed *in Forma Pauperis*

8    (ECF No. 21) is denied.

9         It is further ordered that the Court will not further extend the time for

10   Petitioner to respond to the order to show cause. Any further response to the order

11   to show cause or supplement to a response must be filed by May 28, 2025.

12        DATED THIS 14th day of May, 2025.

13

14   _____

15   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2